UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL SHANE WILMOTH                                                              PLAINTIFF

v.                                      No. 6:15-CV-06057

SERGEANT GARNER, et al.                                                          DEFENDANTS

## ORDER

Before the Court are Plaintiff's motion to appoint counsel (Doc. 59), motion for transcripts (Doc. 60), and motion to compel discovery (Doc. 61). Defendants Hewitt and Brooks have filed responses (Docs. 62 and 63) in opposition to the motions for transcripts and to compel discovery. All three motions will be denied.

With respect to the motion for transcripts, Plaintiff requests only the transcript of his own deposition, taken May 4, 2018. Defendants respond that they have provided copies of the transcript, which they obtained at their own expense, to Plaintiff. This motion will be denied as moot.

With respect to the motion to compel discovery, Plaintiff conclusorily states that he has not received all discovery requested and ordered. Defendants respond that not only have the complied with the Court's order regarding document production, but they have provided Plaintiff with all documents in their possession that he has requested. Furthermore, they again provide him with those documents by serving them as attachments to their response here. As Plaintiff has provided no basis for his statement that the discovery he previously received was incomplete, and as Defendants are again providing that discovery, the motion will be denied as moot.

With respect to the motion to appoint counsel, a civil party has no right to appointed counsel. Plaintiff thus far appears capable of presenting his case. The motion will be denied

without prejudice to its refiling should Plaintiff's case survive summary judgment.

IT IS THEREFORE ORDERED that Plaintiff's motion to appoint counsel (Doc. 59) is DENIED and Plaintiff's motion for transcripts (Doc. 60) and motion to compel discovery (Doc. 61) are DENIED AS MOOT.

IT IS SO ORDERED this 19th day of July, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE